**SEALED DOCUMENT**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

2013 MAR -01 P 1:36

In the Matter of the Application
for a Search Warrant for
Computer servers at Google Inc.,
an e-mail provider located
at 1600 Amphitheatre Parkway,
Mountain View, CA 94043

1:13-mj- 21-01-DL

UNDER SEAL - LEVEL I

## 18 U.S.C. § 2705(b) PRECLUSION OF NOTICE ORDER

The Court, having considered the Motion filed by the government seeking to precluding Google Inc. from notifying any person of the existence of the Search Warrant pertaining the e-mail accounts, **drjayj56@gmail.com, memelarome@gmail.com and willsresults@gmail.com**, finds that there is reason to believe that notification of the existence of the Search Warrant will result in the destruction of, or tampering with, evidence or otherwise will seriously jeopardize the investigation.

THEREFORE IT IS ORDERED that Google Inc., shall not notify any person of the existence of the Search Warrant, for a period of ninety (90) days.

March 1, 2013

_____
Daniel J. Lynch
United States magistrate Judge